NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KERANOS, LLC,**
*Plaintiff-Appellant,*

v.

**SILICON STORAGE TECHNOLOGY, INC., FREESCALE SEMICONDUCTOR, INC., MICROCHIP TECHNOLOGY, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG ELECTRONICS CO LTD, TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA,**
*Defendants-Appellees,*

**UNITED MODULE CORPORATION, PETER COURTURE, J. NICHOLAS GROSS,**
*Third Party Defendants.*

---

2014-1360

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00017-MHS-RSP, Judge Michael H. Schneider.

---

**ON MOTION**

---

# **O R D E R**

Keranos, LLC moves without opposition for an extension of time, until August 11, 2014, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

| May 12, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |

m2