NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KERANOS, LLC,**
*Plaintiff-Appellant,*

AND

**UNITED MODULE CORPORATION, PETER COURTURE, AND J. NICHOLAS GROSS,**
*Third Party Defendants,*

v.

**SILICON STORAGE TECHNOLOGY, INC., FREESCALE SEMICONDUCTOR, INC., MICROCHIP TECHNOLOGY, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG ELECTRONICS CO. LTD., TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., AND TSMC NORTH AMERICA,**
*Defendants-Appellees.*

---

2014-1360

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00017-MHS-RSP, Judge Michael H. Schneider.

-------------------------------------------------------------------------

**KERANOS, LLC,**
*Plaintiff-Appellant,*

v.

**ANALOG DEVICES, INC., APPLE INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, INTEL CORPORATION, NATIONAL SEMICONDUCTOR CORPORATION, NXP SEMICONDUCTORS USA, INC.,** AND **TEXAS INSTRUMENTS, INC.,**
*Defendants-Appellees.*

---

2014-1500

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:13-cv-00018-MHS-RSP, Judge Michael H. Schneider.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to consolidate the above-captioned appeals for briefing and argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Appellant's opening brief shall be due no later than August 11, 2014.

                                              For the Court

                                              <u>/s/ Daniel E. O'Toole</u>
                                              Daniel E. O'Toole
                                              Clerk of Court

s30