# King & Spalding

King & Spalding LLP
401 Congress Ave., Suite 3200
Austin, TX  78701
Telephone: (512) 457-2027
Facsimile: (512) 457-2100
www.kslaw.com

September 24, 2014

**BY CM/ECF**
The Honorable Daniel E. O'Toole
  Clerk of the Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

> Re:  *Keranos, LLC, et al. v.*
>      *Silicon Storage Tech., Inc., et al.,*
>      **No. 2014-1360, -1500 (cons.) (Fed. Cir.)**

Dear Mr. O'Toole:

On September 16, 2014, Defendants-Appellees Silicon Storage Technology, Inc., Microchip Technology Inc., Freescale Semiconductor, Inc., Samsung Semiconductor, Inc., Samsung Electronics Co. Ltd., Taiwan Semiconductor Manufacturing Co., Ltd., TSMC North America, Analog Devices, Inc., International Business Machines Corporation, Intel Corporation, National Semiconductor Corporation, NXP Semiconductors USA, Inc., and Texas Instruments, Inc. ("Appellees"), filed a Partially Opposed Motion for Extension of Briefing Time for their response brief that is currently due September 25, 2014.  Dkt. No. 38 ("Motion").  The Motion was Unopposed as to a 30-day extension, but Opposed as to a 60-day extension.  Dkt. No. 38, at 1.  Counsel for Plaintiffs-Appellants Keranos, LLC, has notified counsel for Appellees on September 24, 2014, that Keranos no longer opposes the Motion for a 60-day extension.  Accordingly, Appellees' Motion is now Unopposed.

Hon. Daniel E. O'Toole
September 24, 2014
Page 2

                          Respectfully Submitted,

                          /s/ Jeffrey D. Mills
                          Jeffrey D. Mills
                            *Counsel of Record*
                          Bruce W. Slayden II
                          Brian C. Banner
                          KING & SPALDING LLP
                          401 Congress Ave., Suite 3200
                          Austin, TX   78701
                          Telephone: (512) 457-2027
                          Facsimile: (512) 457-2100
                          jmills@kslaw.com
                          bbanner@kslaw.com
                          bslayden@kslaw.com

                          Adam M. Conrad
                          KING & SPALDING LLP
                          100 N. Tryon St., Ste. 3900
                          Charlotte, NC  28202
                          Telephone:  (704) 503-2600
                          Facsimile:  (704) 503-2622
                          aconrad@kslaw.com

*Counsel for Defendants-Appellees Silicon Storage Technology, Inc., Microchip Technology Inc., Freescale Semiconductor, Inc., Samsung Semiconductor, Inc., Samsung Electronics Co. Ltd., Taiwan Semiconductor Manufacturing Co., Ltd., TSMC North America, Analog Devices, Inc., International Business Machines Corporation, Intel Corporation, National Semiconductor Corporation, NXP Semiconductors USA, Inc., and Texas Instruments, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing upon counsel via the Court's CM/ECF system.

This 24th day of Septmeber 2014

                                         /s/ Jeffrey D. Mills
                                         Jeffrey D. Mills