

Fish & Richardson P.C.
1221 McKinney Street
Suite 2800
Houston, TX 77010

713 654 5300 main
713 652 0109 fax

September 24, 2014

**BY CM/ECF**

**John Lane**
Principal
JLane@fr.com
713 654 5307  direct

The Honorable Daniel E. O'Toole
Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Re:   *Keranos, LLC, et al. v. Silicon Storage Tech., Inc., et al.,* No. 2014-1360, -1500 (cons.) (Fed. Cir.)

Dear Mr. O'Toole:

On September 16, 2014, Defendant-Appellee Apple Inc. filed a Partially Opposed Motion for Extension of Briefing Time for its response brief that is currently due September 25, 2014.  Dkt. No. 37 ("Motion").

The Motion was unopposed as to a 30-day extension, but opposed as to a 60-day extension.

On September 24, 2014, counsel for Plaintiff-Appellant Keranos, LLC notified counsel for Apple that Keranos no longer opposes the Motion for a 60-day extension.  Accordingly, Apple's Motion is now Unopposed.

                                        Respectfully Submitted,
                                         /s/ John R. Lane
                                        John R. Lane
                                        FISH & RICHARDSON P.C.
                                        1221 McKinney St., Suite 2800
                                        Houston, TX  77010
                                        Telephone: (713) 654-5307
                                        Facsimile: (713) 652-0109

                                        *Counsel for Defendant-Appellee Apple Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 24th day of Septmeber 2014, I have served the foregoing upon counsel via the Court's CM/ECF system.

                                         /s/ John R. Lane
                                          John R. Lane