**2014-1360, -1500**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

KERANOS, LLC,

*Plaintiff–Appellant*

UNITED MODULE CORPORATION, PETER COURTURE, J. NICHOLAS GROSS,

*Third Party Defendants*

v.

SILICON STORAGE TECHNOLOGY, INC., FREESCALE SEMICONDUCTOR, INC., MICROCHIP TECHNOLOGY, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG ELECTRONICS CO., LTD., TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA,

*Defendants–Appellees*

*Appeal from the United States District Court for the Eastern District of Texas in 2:13-cv-00017, Judge Michael H. Schneider*

KERANOS, LLC,

*Plaintiff–Appellant*

v.

ANALOG DEVICES, INC., APPLE INC., INTERNATIONAL BUSINESS MACHINES CORPORATION, INTEL CORPORATION, NATIONAL SEMICONDUCTOR CORPORATION, NXP SEMICONDUCTORS USA, INC., and TEXAS INSTRUMENTS, INC.,

*Defendants–Appellees*

*Appeal from the United States District Court for the Eastern District of Texas in 2:13-cv-00018, Judge Michael H. Schneider*

**UNOPPOSED MOTION FOR WITHDRAWAL OF AGILITY IP LAW, LLP AS CO-COUNSEL FOR PLAINTIFF-APPELLANT KERANOS, LLC**

James C. Otteson
Michelle G. Breit
AGILITY IP LAW, LLP
149 Commonwealth Dr., Ste. 1033
Menlo Park, CA 94025
650-227-4800
*Attorneys for*
*Plaintiff–Appellant Keranos, LLC*

April 16, 2015

Pursuant to Federal Circuit Rules 27 and 47.3(c)(5), Agility IP Law, LLP ("Agility"), plaintiff-appellant Keranos, LLC ("Keranos"), respectfully moves this Court for the unopposed withdrawal of Agility and attorneys James C. Otteson and Michelle G. Breit as co-counsel for Keranos, with the consent of: (1) Keranos; (2) co-counsel for Keranos in this proceeding, the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower; and (3) counsel for appellees.

Agility respectfully submits that good cause exists for the requested relief as explained in the accompanying declaration of James C. Otteson. The current appeal has already been fully briefed and argued, and is simply awaiting decision. Agility is currently in the process of dissolution, and Keranos has agreed to Agility's withdrawal. Attorneys from the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower have already appeared as counsel for Keranos, and Agility's withdrawal will not result in delay or inconvenience to any party, counsel, or the Court.

Agility has notified counsel for appellees, who have advised that appellees do not object and will not file a response to this motion.

WHEREFORE, Agility respectfully submits that its unopposed motion to withdraw its appearance by James C. Otteson and Michelle Breit should be granted. A proposed Order is submitted herewith.

        Respectfully submitted,

Dated: April 16, 2015  By: */s/ James C. Otteson*
           James C. Otteson
           Michelle G. Breit
           AGILITY IP LAW, LLP
           149 Commonwealth Dr., Ste. 1033
           Menlo Park, CA 94025
           650-227-4800

           Attorneys for
           Plaintiff-Appellant Keranos, LLC

# CERTIFICATE OF INTEREST

Counsel for the Appellant Keranos, LLC certifies the following:

1. The full name of every party or amicus represented by me is: **Keranos, LLC**

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: **Not applicable**

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: **None**

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER: | SPANGLER LAW P.C. (fka Spangler & Fussell, P.C.): |
|---|---|
| John J. Edmonds | Andrew W. Spangler<br>James A. Fussell, III |
| AGILITY IP LAW, LLP:<br>James C. Otteson<br>Michelle G. Breit<br>Thomas T. Carmack<br>David A. Caine<br>John W. Downing<br>Monica Eno<br>Xiang Long<br>Theresa E. Norton | WEISBROD MATTEIS & COPLEY PLLC:<br><br>James A. Fussell, II |

Dated:  April 16, 2015        */s/ James C. Otteson*
                              James C. Otteson

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## IN RE KERANOS LLC, 2014-1360, -1500

## DECLARATION OF JAMES C. OTTESON

1. My name is James C. Otteson. I am a member of the Bar of this Court and of the law firm Agility IP Law, LLP, co-counsel for plaintiff-appellant Keranos, LLC ("Keranos"). I make this declaration in support of Agility IP Law, LLP's unopposed motion for withdrawal of Agility, including attorneys James C. Otteson and Michelle G. Breit, as co-counsel for Keranos.

2. Agility is currently in the process of dissolution, and expects to file a notice of dissolution with the State of California on April 17, 2015.

3. John J. Edmonds of Collins, Edmonds, Pogorzelski, Schlather & Tower has appeared as co-counsel for Keranos. Both Keranos and Keranos's co-counsel consent to Agility's withdrawal.

4. Earlier today, Agility contacted counsel for defendants-appellees to ask whether they would oppose Agility's withdrawal. Brain Banner, counsel for defendants-appellees, indicated that they would not oppose Agility's motion.

5. Agility's withdrawal will not result in delay or inconvenience to any party, counsel, or the Court. This appeal has already been fully briefed and argued, and is awaiting decision.

I, James C. Otteson, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2015        By:        */s/ James C. Otteson*
                                        James C. Otteson
                                        jim@agilityiplaw.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## IN RE KERANOS LLC, 2014-1360, -1500

### **PROPOSED ORDER**

UPON CONSIDERATION of the unopposed motion for withdrawal of Agility IP Law, LLP, including attorneys James C. Otteson and Michelle G. Breit, as co-counsel for Plaintiff-Appellant Keranos, LLC,

IT IS SO ORDERED that the motion is granted.

Dated: April ___, 2015

            FOR THE COURT

            By: _____

## PROOF OF SERVICE

The undersigned certifies that I served a copy of the foregoing *Unopposed Motion for Withdrawal of Co-Counsel for Plaintiff-Appellant* on counsel of record on April 16, 2015 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand Delivery
- ☒ Electronic Means (by email or CM/ECF)

Dated:  April 16, 2015        By:    */s/ James C. Otteson*
                                            James C. Otteson
                                            Michelle G. Breit
                                            AGILITY IP LAW, LLP
                                            149 Commonwealth Dr., Ste. 1033
                                            Menlo Park, CA 94025
                                            650-227-4800

                                            Attorneys for
                                            Plaintiff–Appellant Keranos, LLC